**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS CALDERON PARRA,<br><br>*Plaintiff*,<br><br>v.<br><br>DELIA'S RESTAURANT LLC and JORGE CORTEZ,<br><br>*Defendants*. | Civil Action No. 21-10645<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court on the May 31, 2022 Report and Recommendation (the "R&R") of Magistrate Judge Leda Dunn Wettre. D.E. 19. The R&R was opened *sua sponte* by Magistrate Judge Wettre and recommends that *pro se* Defendant Jorge Cortez's Answer be stricken and default be entered against him; and it

**APPEARING** that a copy of the R&R was sent by certified mail to Defendant at his home address. D.E. 20; and it further

**APPEARING** that the parties were advised as to the dates that any objections to the R&R were to be filed. D.E. 19 at 4; and it further

**APPEARING** that no objections to the R&R have been received and the time for filing any objections has expired; and it further

**APPEARING** that "where no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that

there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes); and it further

**APPEARING** that this Court independently reviewed the record and the R&R and found no clear error on the face of the record, and thus adopts the R&R as the Opinion of this Court.

Therefore, for the foregoing reasons, and for good cause shown,

IT IS on this 10th day of February 2023,

**ORDERED** that the Court adopts the Report and Recommendation, D.E. 19, in its entirety; and it is further

**ORDERED** that Defendant's Answer, D.E. 8, is **STRICKEN**; and it is further

**ORDERED** that the Clerk of Court shall enter default against Defendant Jorge Cortez; and it is further

**ORDERED** that the Clerk's Office shall mail a copy of this Order and the R&R to Defendant by regular mail and certified mail return receipt.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.